Rochester and Lake Ontario Water Company, Respondent, *v.* The City of Rochester, Appellant.

(Submitted November 9, 1903; decided November 17, 1903.)

Motion for reargument denied, with ten dollars costs. (See 176 N. Y. 36.)

---

A. B. Farquhar Company, Limited, Respondent, *v.* Monroe Truesdell, Appellant.

(Submitted November 9, 1903; decided November 17, 1903.)

Motion for reargument denied, with ten dollars costs. (See 176 N. Y. 547.)